UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Case Number 1:23-cv-01797-MSN-LRV |
| MAX MINDS, LLC, : | |
| : | |
| Defendant. : | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1(A) of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, undersigned counsel for Plaintiff Triangle Experience Group, Inc. ("TEG") in the above captioned action, certifies that:

1. There are no parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public,

2. There are no publicly held entities that own any of TEG's stock,

3. TEG's only stockholders are Robert Clare and Janna Clare.

4. There is nothing else to report under Local Rule 7(A)(1)(a) and (b).

5.  Pursuant to Local Rule 7.1(B), Triangle Experience Group is incorporated in, and maintains its principal place of business in, the Commonwealth of Virginia.

Respectfully submitted,

_____
Richard D. Kelley, Esq., VSB No. 44228
Raighne C. Delaney, Esq., VSB No. 38787
Stephen D. Caruso, Esq., VSB No. 87376
Bean, Kinney & Korman, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, VA 22201
(703) 525-4000
(703) 525-2207 (Fax)
rkelley@beankinney.com
rdelaney@beankinney.com
scaruso@beankinney.com
*Counsel for Triangle Experience Group, Inc.*