# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Case Number 1:23-cv-01797-MSN-LRV |
| MAX MINDS, LLC, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

WILL THE CLERK OF THE COURT please note the appearance of Raighne C. Delaney and the law firm of Bean, Kinney & Korman, P.C. as counsel for Plaintiff Triangle Experience Group, Inc., in the above-styled matter.

Respectfully submitted,

  /S/ Raighne C. Delaney
Richard D. Kelley, Esq., VSB No. 44228
Raighne C. Delaney, Esq., VSB No. 38787
Stephen D. Caruso, Esq., VSB No. 87376
Bean, Kinney & Korman, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, VA 22201
(703) 525-4000
(703) 525-2207 (Fax)
rkelley@beankinney.com
rdelaney@beankinney.com
scaruso@beankinney.com
*Counsel for Triangle Experience Group, Inc.*