AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Triangle Experience Group, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-1797 |
| Max Minds, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Max Minds, LLC.

Date: 01/29/2024

/s/ Timothy D. Belevetz
*Attorney's signature*

Timothy D. Belevetz (VSB No. 36110)
*Printed name and bar number*
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001

*Address*

timothy.belevetz@icemiller.com
*E-mail address*

(202) 572-1605
*Telephone number*

(202) 824-8667
*FAX number*