IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| TRIANGLE EXPERIENCE GROUP, INC., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-1797 |
| MAX MINDS, LLC, | ) |
| Defendant. | ) |

## MAX MINDS, LLC'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Max Minds, LLC ("Max Minds"), by and through its undersigned attorneys, hereby states that:

1. Max Minds has no parent companies, subsidiaries, affiliates, or other entities that own at least 10% of the stock of Max Minds;

2. Brandon Fischer is the sole member of Max Minds and is a citizen of the State of Indiana; and

3. There are no parents, trusts, subsidiaries, and/or affiliates of Max Minds that have issued shares or debt securities to the public.

Date: March 4, 2024

Respectfully submitted,

/s/ Timothy D. Belevetz
Timothy D. Belevetz (VSB No. 36110)
George A. Gasper (*pro hac vice*)
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC 20001
Tel: (202) 572-1605
Fax: (202) 807-4016
timothy.belevetz@icemiller.com
george.gasper@icemiller.com

*Counsel for Defendant Max Minds, LLC*

# CERTIFICATE OF SERVICE

      I certify that on this 4th day of March 2024, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to all counsel of record.

    /s/ Timothy D. Belevetz
Timothy D. Belevetz
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
timothy.belevetz@icemiller.com