IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| TRIANGLE EXPERIENCE GROUP, INC. ) | |
| ) | Case No. 1:23-cv-01797-MSN-LRV |
| Plaintiff, ) | |
| ) | Honorable Judge Michael S. Nachmanoff |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| MAX MINDS, LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT MAX MINDS, LLC'S MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE

Defendant Max Minds, LLC ("MAX"), by counsel, moves this Court to dismiss Plaintiff Triangle Experience Group, Inc.'s ("TEG") Complaint (Dkt. 1) pursuant to Federal Rule of Civil Procedure 12(b)(2) or Rule 12(b)(3), or in the alternative, to transfer the above-captioned action to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to either 28 U.S.C. § 1406(a) or 28 U.S.C. § 1404(a). As explained more fully in MAX's Brief in Support filed contemporaneously herewith, this Court lacks personal jurisdiction over MAX and this Court is not a proper venue for this action. Accordingly, the Complaint should be dismissed. Alternatively, MAX moves this Court to transfer this action to the United States District

Court for the Southern District of Indiana, Indianapolis Division, pursuant to either 28 U.S.C. § 1406(a) on grounds of improper venue or 28 U.S.C. § 1404(a) on grounds of inconvenient forum.

Date: March 4, 2024

Respectfully submitted,

/s/ Timothy D. Belevetz
Timothy D. Belevetz (VSB No. 36110)
ICE MILLER LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC 20001
202-572-1605
timothy.belevetz@icemiller.com

George A. Gasper (admitted *pro hac vice*)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
317-236-2100
george.gasper@icemiller.com

Counsel for Defendant Max Minds, LLC

# CERTIFICATE OF SERVICE

       I certify that on this 4th day of March, 2024, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to all counsel of record.

                                                /s/ Timothy D. Belevetz
                                                Timothy D. Belevetz
                                                ICE MILLER LLP
                                                200 Massachusetts Avenue, N.W., Suite 400
                                                Washington, DC 20001
                                                202-572-1605
                                                timothy.belevetz@icemiller.com