IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| TRIANGLE EXPERIENCE GROUP, INC., | ) | |
| | ) | Case No. 1:23-cv-1797 |
| v. | ) | |
| | ) | |
| MAX MINDS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF HEARING**

Defendant Max Minds, LLC hereby notices a hearing on its motion to dismiss the complaint or alternatively to transfer venue (Dkt. No. 12) for April 12, 2024 at 9:00 a.m. or as soon thereafter as the undersigned may be heard.

Date: March 5, 2024

Respectfully submitted,

By:   /s/
Timothy D. Belevetz (VSB No. 36110)
George A. Gasper (admitted *pro hac vice*)
Ice Miller LLP
200 Massachusetts Avenue, N.W., Suite 400
Washington, DC  20001
Tel:  (202) 572-1605
Fax: (202) 807-4016
timothy.belevetz@icemiller.com
george.gasper@icemiller.com

*Counsel for Defendant Max Minds, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on this 5th day of March 2024, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which sends a notification of such filing to all counsel of record.

                                                          /s/
                                      Timothy D. Belevetz
                                      Ice Miller LLP
                                      200 Massachusetts Avenue, N.W., Suite 400
                                      Washington, DC  20001
                                      Tel:  (202) 572-1605
                                      timothy.belevetz@icemiller.com