# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

TRIANGLE EXPERIENCE GROUP, INC., :
      :
    Plaintiff, :
      :
v. :
      : Case Number 1:23-cv-01797-MSN-LRV
MAX MINDS, LLC, :
      :
    Defendant. :

**DECLARATION OF JEFF MASE IN SUPPORT OF PLAINTIFF
TRIANGLE EXPERIENCE GROUP, INC.'S OPPOSITION TO THE
MOTION TO DISMISS, OR ALTERNATIVELY,
TO TRANSFER VENUE FILED BY DEFENDANT MAX MINDS, LLC**

I, Jeff Mase, do hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen (18) and am competent to testify to the matters set forth in this declaration. Unless otherwise stated herein, the statements contained in this declaration are from my own personal knowledge. I submit this declaration in support of Plaintiff Triangle Experience Group, Inc.'s ("TEG") Opposition to the Motion to Dismiss, or Alternatively, to Transfer Venue filed by Defendant Max Minds, LLC ("Max Minds") in connection with the above captioned matter.

2. I am the Manager of Operations of TEG.

3. On July 17, 2019, I attended a meeting with Mr. Brandon Fischer at TEG's C4MAP lab in Suffolk, Virginia (known as the Joint Staff Building). This meeting was after Mr. Fischer signed a nondisclosure agreement with TEG. This meeting was in response to a July 2, 2019, email from Mr. Brandon Fischer requesting TEG to partner with Max Minds. At the July 17th meeting, I escorted Mr. Fischer into the secure government lab, along with TEG engineers, to show him C4MAP in use by the government and to discuss future government requirements.

1

4.   On November 5, 2019, I also attended meetings with Mr. Fischer of Max Minds in Chantilly, Virginia. The purpose of these meetings was to develop a plan, timeline, and strategy for a business venture between Max Minds and TEG, which resulted in the drafting, formation, and execution of the Joint Venture Agreement ("JVA"). On this date, there were two meetings in the hotel; the first was in the lounge and the second was at a dinner and included Mr. Bobby Schuster from Max Minds.

5.   In January 2020, Max Minds again traveled to Virginia to meet with TEG. During this visit, Mr. Fischer and Mr. Shuster came to TEG's "Data Center" (called the "Pixel Factory") in Ashland, Virginia. At that time, Mr. Shuster, on behalf of Max Minds, installed a version of "Haptic Federal" on the TEG Data Center in furtherance of the partnership and JVA between TEG and Max Minds. During this time, I also met with the Max Minds team at TEG's headquarters on Hopson Road in Ashland, Virginia.

6.   On January 23, 2020, Mr. Fischer, on behalf of Max Minds, signed the JVA at TEG's headquarters on Hopson Road in Ashland, Virginia.

7.   During the performance of the JVA, I participated in meetings with Max Minds at least twice a week. These meetings were by telephone or video. Each and every time that I participated in these meetings with Max Minds regarding the JVA, I was located at TEG's office space in Virginia. Initially these meetings were only with Mr. Brandon Fischer and Mr. Bobby Schuster, myself and TEG engineers. As the Max Minds team grew, however, Max Minds added participants such as Mr. Richard Gargas and others. These meetings were hosted by TEG on TEG's specialized conference call number or via TEG's Teams link. On several occasions, United States Government personnel attended these calls and meetings as well.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated March 18, 2024

                                                 /s/ *Jeff Mase*
                                                 Jeff Mase
                                                 Manager of Operations
                                                 Triangle Experience Group, Inc.