# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ———————————————— ) | |
| TRIANGLE EXPERIENCE GROUP, INC.      ) | Case No. 1:23-cv-01797-MSN-LRV |
| Plaintiff,      ) | |
| ) | Honorable Judge Michael S. Nachmanoff |
| v.      ) | |
| ) | JURY TRIAL DEMANDED |
| MAX MINDS, LLC,      ) | |
| Defendant.      ) | |
| ———————————————— ) | |

<u>**SECOND DECLARATION OF BRANDON FISCHER IN SUPPORT OF DEFENDANT
MAX MINDS, LLC'S MOTION TO DISMISS OR TRANSFER**</u>

I, Brandon Fischer, hereby declare as follows:

1.      I am the sole member, CEO, and founder of Max Minds, LLC ("MAX"). I am domiciled in Indiana.

2.      The email chain attached herewith as **<u>Exhibit 1</u>** is a true and accurate copy of emails exchanged between TEG and myself between April 4, 2018, and May 3, 2018.

3.      The email chain attached herewith as **<u>Exhibit 2</u>** is a true and accurate copy of emails exchanged between TEG and myself between July 2, 2019, and July 16, 2019.

4.      The email chain attached herewith as **<u>Exhibit 3</u>** is a true and accurate copy of emails exchanged between TEG and myself between October 28, 2019, and November 3, 2019.

5.      The email chain attached herewith as **<u>Exhibit 4</u>** is a true and accurate copy of emails exchanged between TEG and myself on January 15, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 25, 2024.

/s/

Brandon Fischer