# EXHIBIT 1

 Gmail

Brandon Fischer <███@fisch██.com>

## Looking forward to speaking with you upon your return

**Brandon Fischer** <███@fisch██.com>  
To: Kevin Mullican <███@triangleexperience.com>  
Cc: Rob Clare <███@triangleexperience.com>, Sean McCluskey <███@triangleexperience.com>

Thu, Apr 12, 2018 at 4:24 PM

Good afternoon, Kevin:

I am back! My family and I had a great time in Whistler and we all disconnected more than any previous vacation - it was a nice break.

I also enjoyed speaking with you a couple weeks ago and I look forward to seeing if we can work something out. Can we schedule a follow-up call on Tuesday afternoon? So far, I've recruited 2 former colleagues (a front-end and back-end s/w engineer) - they are currently employed but are willing to come on-board once we are ready. I have more meetings over the next few days and would like to get at least two more commitments. I think the most challenging aspects of this will be (1) licensing the source code from Prysm; and (2) getting their 'blessing' for me to work with you guys. As I mentioned, I have a pretty strict non-compete that prevents me from working with existing and even former customers/partners until June 2019.

We can discuss all of the above further on the call next week... let me know what works for you on Tuesday afternoon. At this moment, I am wide open between 1-4pm ET if you want to pick a time and send me an invite.

thank you,  
Brandon

Sent from my iPhone

On Apr 4, 2018, at 10:14 AM, Kevin Mullican <███@triangleexperience.com> wrote:

> Hi Brandon,
>
> Thank you for taking time to speak with me last week. I trust you are enjoying your time off. I look forward to picking up our conversation and starting the proposal process when you return.
>
> V/R
>
> Kevin Mullican
>
> Chief Technology Officer
>
> Triangle Experience Group
>
> ███@triangleexperience.com
>
> 323-███
>
> This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

 Gmail                                                                                     Brandon Fischer <▇▇▇@fisch▇▇.com>

## Following Up

**Brandon Fischer** <▇▇▇@maxminds.com>                                                       Thu, May 3, 2018 at 1:24 PM
To: Kevin Mullican <▇▇▇@triangleexperience.com>

Hi Kevin:

I apologize for my slow reply. FYI, I've officially formed my new LLC (www.maxminds.com). I am sending this email from my new email address... please update your records.

I have reviewed the docs with my colleagues (former Prysm s/w engineers) and wanted to give you a firm thumbs up that we can do the job. We are agreeable to a $20K (not-to-exceed) budget to resolve the 9 critical issues, per the audit docs you provided.

As far as timeline goes, the work can be completed in 4-6 weeks, once we have full access to the source code. The only concern is that there will likely be some back and forth (between MAX and TEG) as we fix the issues and you verify them on your end... this could extend that timeline. If you can provide us with your testing framework, that could help accelerate the timetable.

Please keep me posted on the progress that you're making with Prysm... would be good if we had a couple weeks notice before the expected project kickoff.

thank you,
Brandon

--
**Brandon Fischer**
*Chief Innovator*

M: 317▇▇▇
E: ▇▇▇@maxminds.com

**MAX - Innovation by Design**
www.maxminds.com


On Fri, Apr 20, 2018 at 11:47 AM, Kevin Mullican <▇▇▇@triangleexperience.com> wrote:
> Brandon,
>
> I've attached the results of the scan. At a minimum, we need to address the critical findings.
>
> We're working on Prysm.
>
> V/R
>
> Kevin Mullican
> Chief Technology Officer
> Triangle Experience Group
>
> ▇▇▇@triangleexperience.com
> 323-▇▇▇
>
> This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.
>
> ---
>
> **From:** Brandon Fischer <▇▇▇@fisch▇▇.com>
> **Sent:** Friday, April 20, 2018 5:22:39 AM
> **To:** Kevin Mullican
> **Subject:** Following Up
>
> Good morning, Kevin:
>
> I just wanted to follow-up with you. If you'd like for me to give you a more accurate quote, please send over the document that you referenced on our call. If you're considering a different direction on this, no worries at all... just let me know.
>
> Regardless, I believe the biggest hurdle is going to be Prysm. It doesn't really matter what I quote you... you first need to strike a licensing deal with them and obtain source code.
>
> Please keep me posted... would love the opportunity to work with you guys at TEG.
>
> thanks,
> Brandon