# EXHIBIT 2



Brandon Fischer <‌@withalleo.com>

## MAX - Preview in DC on July 16/17 ?
7 messages

**Brandon Fischer** <‌@maxminds.com>  Tue, Jul 2, 2019 at 2:05 PM
To: Rob Clare <‌@triangleexperience.com>, Jeff Mase <‌@triangleexperience.com>
Cc: Larry Lins <‌@triangleexperience.com>

Good afternoon, guys:

I am going to be out in DC in a couple weeks and wanted to see if you'll be around and interested in meeting to get a preview of my new HAPTIC app? We've made some great progress over the past month since we last spoke!

I am scheduling a few meetings at the Planar showroom and invite you to come over there and/or we could find a time to meet over at your office too. Let me know what you think.

For full transparency, my goal is to find a partner who is willing to invest in my team and our product and, in return, receive special licensing terms/conditions that allows them to make 2x return on their investment + a period of exclusivity in the federal space. Would love for you guys to be that partner and I hope we can find time to get together that week. If you'd like to talk beforehand, just let me know.

thanks,
Brandon

--

**Brandon Fischer**
*Founder, Chief Innovator*

M: 317-
E: ‌@maxminds.com

**MAX - Innovation by Design**
www.maxminds.com


**Brandon Fischer** <‌@maxminds.com>  Tue, Jul 9, 2019 at 2:10 PM
To: Rob Clare <‌@triangleexperience.com>, Jeff Mase <‌@triangleexperience.com>
Cc: Larry Lins <‌@triangleexperience.com>

Hi Rob and Jeff:

I just wanted to follow-up with you on my email below. I could meet at your office late afternoon on the 15th or host you at the Planar facility early afternoon on the 16th - or maybe a working lunch? Let me know if you're interested in getting together.

Thanks,
Brandon

Sent from my iPhone

[Quoted text hidden]

---

**Jeff Mase** ▮▮▮▮@triangleexperience.com>  Wed, Jul 10, 2019 at 10:55 AM
To: Brandon Fischer ▮▮▮▮@maxminds.com>, Rob Clare ▮▮▮▮@triangleexperience.com>
Cc: Larry Lins ▮▮▮▮@triangleexperience.com>

Brandon,

We are down in Norfolk, VA all week. If you can meet us there or get to Fredericksburg we can pick you up and bring you to the Joint Staff lab.

Let me know -


**Jeff Mase**

Triangle Experience Group, Inc.



Arlington, VA 22209


@triangleexperience.com

973-▮▮▮▮▮▮▮

This Message (Including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

---

**From:** Brandon Fischer <▮▮▮▮@maxminds.com>
**Sent:** Tuesday, July 9, 2019 2:10:22 PM
**To:** Rob Clare; Jeff Mase

    **Cc:** Larry Lins
    **Subject:** Re: MAX - Preview in DC on July 16/17 ?

[Quoted text hidden]

---

**Brandon Fischer** <█████@maxminds.com>            Sat, Jul 13, 2019 at 9:25 AM
To: Jeff Mase <█████@triangleexperience.com>
Cc: Rob Clare <█████@triangleexperience.com>, Larry Lins <█████@triangleexperience.com>

Hey - good morning!

Sorry for my slow reply - I have been trying to figure out how I can make time to get down to meet with you guys. I can be in Fredricksburg or Norfolk (or anywhere in between) by 9am on Wednesday morning... but I will need to be back on the road by noon. Let me know if that works on your end. If not, no worries... we can do another Zoom call in the near future when you're able.

thanks,
Brandon

--

**Brandon Fischer**
*Founder, Chief Innovator*

M: 317█████
E: █████@maxminds.com

**MAX - Innovation by Design**
www.maxminds.com

[Quoted text hidden]

---

**Brandon Fischer** <█████@maxminds.com>            Mon, Jul 15, 2019 at 9:52 AM
To: █████@triangleexperience.com, █████@triangleexperience.com, █████@triangleexperience.com

Good morning, Jeff:

Let me know what you think about meeting on Wednesday morning at the Joint Staff Lab? I can get down there earlier, if necessary.

Thanks,
Brandon


Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

**Jeff Mase** <█████@triangleexperience.com>            Mon, Jul 15, 2019 at 4:07 PM
To: Brandon Fischer <█████@maxminds.com>, Rob Clare <█████@triangleexperience.com>, Larry Lins <█████@triangleexperience.com>

Brandon,

We can host you in the joint staff on Wednesday morning as early as 9am. We will need get some personal info as soon as possible to get you through security.

Full name, DOB, SS, place of birth. DO NOT put on Email; Personal identifying information is prohibited in email.

Call me direct so I can copy and fill out.

Get Outlook for iOS

---

**From:** Brandon Fischer <████@maxminds.com>
**Sent:** Monday, July 15, 2019 9:52:31 AM
**To:** Jeff Mase <████@triangleexperience.com>; Rob Clare <████@triangleexperience.com>; Larry Lins <████@triangleexperience.com>
**Subject:** Fwd: MAX - Preview in DC on July 16/17 ?

[Quoted text hidden]

---

**Brandon Fischer** <████@maxminds.com>   Tue, Jul 16, 2019 at 11:28 AM
To: Jeff Mase <████@triangleexperience.com>

Hi Jeff:

Just wanted to follow-up on our call yesterday. Can you send me the address where you want to meet tomorrow at 9am? Will my drivers license be sufficient for ID?

Thanks,
Brandon

Sent from my iPhone
[Quoted text hidden]