# EXHIBIT 3

   Brandon Fischer <​███​@withalleo.com>

## JEDI Contract + HAPTIC

**Brandon Fischer** <​███​@maxminds.com>  Sun, Nov 3, 2019 at 10:09 PM
To: Rob Clare <​███​@triangleexperience.com>
Cc: Jeff Mase <​███​@triangleexperience.com>

Thank you, Rob... appreciate that. I'll ping you Thursday once we get settled and can meet up nearby... and for dinner as well.

Thanks,
B

Sent from my iPhone

> On Nov 3, 2019, at 7:48 PM, Rob Clare <​███​@triangleexperience.com> wrote:
>
>
> If you don't mind I'd like to take advantage of you being on east coast by coming up to you.
>
> I can be there anytime after 12 noon...we can go from there.
>
> I'll plan to be up there so we can just play it by ear via cell phone and txt msg. Definitely dinner I hope. Ill be available as long as needed.
>
> V/r Rob
> Direct: 910███
>
> **From:** Brandon Fischer <​███​@maxminds.com>
> **Sent:** Sunday, November 3, 2019 7:04:30 PM
> **To:** Rob Clare <​███​@triangleexperience.com>
> **Cc:** Jeff Mase <​███​@triangleexperience.com>
> **Subject:** Re: JEDI Contract + HAPTIC
>
> Hah - we better not be doing an all-nighter! If everything goes as planned, Bobby will be busy with the install and migration on Thursday and we will be testing/training that afternoon. Worst case we have Friday. I should be available Thursday between 11am-2pm and can definitely make time for dinner in the area. Lmk what you have in mind.
>
> Thanks,
> B
>
> Sent from my iPhone
>
>> On Nov 3, 2019, at 6:29 PM, Rob Clare <​███​@triangleexperience.com> wrote:
>>
>>
>> Humm...wasnt planning on being in Indy other than to meet up with you. How bout Thur evening in Chantilly? Whats your day like on Thur? Are you and Bobby planning on an all nighter in the lab or will you have time to grab dinner?
>>
>> Robert Clare
>> Triangle Experience Group, Inc
>> 910███

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**From:** Brandon Fischer <■■■@maxminds.com>
**Sent:** Sunday, November 3, 2019 6:22 PM
**To:** Rob Clare <■■■@triangleexperience.com>
**Cc:** Jeff Mase <■■■@triangleexperience.com>
**Subject:** Re: JEDI Contract + HAPTIC

I fly in early Thursday with my lead engineer, Bobby, and out at 5pm on Friday. If you're already going to be in Indy, I can meet Wednesday.

Thanks,
B


Sent from my iPhone

> On Nov 3, 2019, at 3:06 PM, Rob Clare <■■■@triangleexperience.com> wrote:
>
> Well isn't that my luck! How long are you in town for?
>
> Robert Clare
> Triangle Experience Group, Inc
> 910■■■
>
> This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.
>
> **From:** Brandon Fischer <■■■@maxminds.com>
> **Sent:** Sunday, November 3, 2019 2:46 PM
> **To:** Rob Clare <■■■@triangleexperience.com>
> **Cc:** Jeff Mase <■■■@triangleexperience.com>
> **Subject:** Re: JEDI Contract + HAPTIC
>
> Good to hear from you, Rob - welcome back!
>
> You're always welcome to come to Indy - however, I fly out Thursday morning and will be in Chantilly on Thursday and Friday for our first HAPTIC On-Prem (HOP) installation - let me know your availability to meet either of those days?
>
> Thanks,
> B
>
>
> Sent from my iPhone
>
>> On Nov 3, 2019, at 12:23 PM, Rob Clare <■■■@triangleexperience.com> wrote:
>>
>>
>> Brandon,

We are open Tue and Wed for a video chat.

I hate to ambush you with this, curious if you are open to me coming out to IN. I feel like we can get further down the road if you and I spend an hour or so white-boarding how best to move forward. I could do a day or day/half trip Wed or Thur...let me know.

Robert Clare
Triangle Experience Group, Inc
910

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**From:** Jeff Mase <■■■@triangleexperience.com>
**Sent:** Monday, October 28, 2019 11:08 AM
**To:** Brandon Fischer ■■■@maxminds.com>; Rob Clare <■■■@triangleexperience.com>
**Subject:** Re: JEDI Contract + HAPTIC

Brandon,

I will send a date and time once I sync up with Rob. Things went so well last week that they asked Rob and Mike to stay additional days to plan a way ahead. He will be back Wednesday, I will get back to you with a date/time.


Jeff Mase
Triangle Experience Group
■■■@mail.mil
■■■@mail.smil.mil
757-
973-

This Message (Including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

**From:** Brandon Fischer <■■■@maxminds.com>
**Sent:** Monday, October 28, 2019 8:56 AM

**To:** Rob Clare <██████@triangleexperience.com>; Jeff Mase <██████@triangleexperience.com>

**Subject:** Re: JEDI Contract + HAPTIC

Well that message was sent prematurely... as I was saying:

Welcome back! Let's get on a video call this week - want to shoot me a few days/times that work for you?

thanks,
B

--

**Brandon Fischer**
*Founder, Chief Innovator*

M: 317-████████
E: ████████@maxminds.com

**MAX - Innovation by Design**
www.maxminds.com

On Mon, Oct 28, 2019 at 8:55 AM Brandon Fischer <██████@maxminds.com> wrote:

Hey guys:

Welcome back
I see Microsoft pulled off a big upset last week. I just wanted to remind you guys that, while HAPTIC will run On-Prem or in AWS, the platform is VERY tightly integrated and runs best in Azure.

--

**Brandon Fischer**
*Founder, Chief Innovator*

M: 317-████████
E: ████████@maxminds.com

**MAX - Innovation by Design**
www.maxminds.com