# EXHIBIT 4



Brandon Fischer <███@withalleo.com>

## MAX Visit Next Week + Travel Expenses

**Rob Clare** <███@triangleexperience.com>  Wed, Jan 15, 2020 at 4:03 PM
To: Brandon Fischer <███@maxminds.com>
Cc: Jeff Mase <███@triangleexperience.com>, Larry Lins <███@triangleexperience.com>

Jeff and Mike Bowers will not be here but thats OK.  Lets keep these dates...they will work just fine.

You'll have Me, leland, Mark, Larry, Sean and Janna in the office that week.  So, the right people to do the install and the right people to discuss admin points going fwd.

For this trip: Airfare, Lodging, Rental Car we will cover.

- You guys can send us your receipts and we'll reimburse.  This is not ideal or sustainable going fwd

We will have to figure out going forward...getting your folks into our Expensify system so we don't make Janna's head explode!
break
I've got a few idea ref the JV document I want to run by you. Give me a ring when you are free.

Robert Clare
Triangle Experience Group, Inc
910-███

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

---

**From:** Brandon Fischer <███@maxminds.com>
**Sent:** Wednesday, January 15, 2020 1:43 PM
**To:** Rob Clare <███@triangleexperience.com>
**Cc:** Jeff Mase <███@triangleexperience.com>
**Subject:** MAX Visit Next Week + Travel Expenses

Hey guys:

Jeff - in case Rob did not mention it, Bobby and I are tentatively planning to fly into Richmond next Wednesday and out on Friday.  We would get Haptic On-Prem setup in your Data Center, do some testing, training and discuss use cases in depth.  (can you confirm that the necessary people will be in Richmond next Wed/Thurs?)

Regarding this trip:

Will travel expenses for the trip next week be covered by TEG or is that MAX responsibility?  As far as I am concerned, it is the cost of doing business and so I am ok with MAX covering this trip if necessary... however, Rob suggested that any travel related to TEG's current contract could be covered... so I thought I would ask.

In general, can you tell me how travel expense reimbursement will work?  Does TEG book everything or will MAX book and then send TEG receipts for reimbursement?  Assuming the latter, what is covered and what is not?  flight, rental car, hotel, per-diem?  Cost restrictions?  How long does it take for reimbursement?

thanks,
B

--

**Brandon Fischer**
*Founder, Chief Innovator*

M: 317█████
E: ████@maxminds.com

**MAX - Innovation by Design**
www.maxminds.com

https://mail.google.com/mail/u/0/?ik=7c1aa5f385&view=pt&search=all&permmsgid=msg-f:1655829646544348851&dsqt=1&simpl=msg-f:1655829646... 2/2