# MOTION HEARING

| | |
|---|---|
| Date: 4/12/2024 | Judge: Michael S. Nachmanoff |
| | Reporter: Diane Salters |
| Start: 9:54 A.M. | Deputy Clerk: Lynnelle Creek |
| Finish: 10:09 A.M. | |

**CIVIL ACTION NUMBER:** 1:23-CV-1797

**TRIANGLE EXPERIENCE GROUP, INC.**

VS.

**MAX MINDS, LLC**

___

### APPEARANCE OF COUNSEL

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| Stephen Caruso | Timothy Belevetz |
| Richard Kelly | George Gasper |

___

### MOTION

1. Motion to Dismiss by Max Minds, LLC (*Dkt.12*)
   - Case transferred to the Southern District of Indiana.
   - Parties advised of settlement options.

___

Argued &
(  ) Granted   (  ) Denied   ( x ) Granted in part/Denied in part
(  ) Taken Under Advisement   (  ) Continued to

___

(  ) Report and Recommendation to Follow
(✓) Order to Follow