UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TRIANGLE EXPERIENCE GROUP, INC
*Plaintiff,*

v.                                          Case No. 1:23-cv-01797 (MSN/LRV)

MAX MINDS, LLC
*Defendant.*

### ORDER

This matter comes before the Court on Defendant's Motion to Dismiss, or Alternatively, to Transfer Venue (ECF 12). Having considered the motion, opposition, reply, and arguments of counsel, and for reasons stated in open court, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, or Alternatively, to Transfer Venue (ECF 12) is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that the instant action is transferred to the United States District Court for the Southern District of Indiana.

It is **SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
April 12, 2024